101 A.3d 100

**Rodmen R. FOSTER, BV–3203, Petitioner**

v.

**ATTORNEY GENERAL FOR the STATE OF PENNSYLVANIA, et. al., Respondents.**

**No. 117 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED.**